COMPLAINT BY A PRISONER UNDER THE
CIVIL RIGHT ACT, 42 U.S.C 1983.

NAME __WEAVER__ __WILLIE__
     (LAST)         (FIRST)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY
STATE PRISON P.O. BOX 7000 CRESCENT
CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08   1980   JW

WILLIE WEAVER
(ENTER THE FULL NAME OF
PLAINTIFF IN THIS ACTION)

VS.

CORRECTIONAL OFFICER
MILLER THIRD WATCH
04/05/08

(ENTER THE FULL NAME
OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED
BY THE CLERK
OF COURT)

COMPLAINT UNDER
THE CIVIL RIGHT
ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR YOUR
ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR
ADMINISTRATIVE REMEDIES BEFORE
CLAIM CAN GO FORWARD, THE COURT
WILL DISSMISS AN UNEXHAUTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT __P.S.6__
B. IS THERE A GRIEVANCE PROCEDURE IN
   THIS INSTITUTION? YES (✓)  NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR
   COMPLAINT FOR REVIEW, THROUGH THE
   GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE
   APPEAL NUMBER AND THE DATE AND
   RESULT OF THE
   COMPLAINT         (1)

FILED APR 16 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO ( )

F. IF YOU did NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIE--VANCE PROCEDURE, EXPLAIN WHY. _____

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531. CORRECTIONAL OFFICE MILLER THIRD WATCH 04/05/08

COMPLAINT        - 2 -

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR SITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH

CORRECTIONAL OFFICER MILLER TOLD PLAINTIFF DURING TRASH PICK UP ON 04/05/08 THIRD WATCH, YOU LOOK LIKE YOU ARE SURPRIZE TO SEE ME UP HERE, DEFENDANT WAS LOOKING CRAZY, TOOK PLAINTIFF DINNER TRAY AND SLAMED PLAINTIFF TRAY SLOT AND SAID TO PLAINTIFF FUCK YOU, THIS IS HARRASSMENT PENAL CODE 646.9 CONSPIRACY, 182 DEFENDANT HAVE BEEN HARRASSING PLAINTIFF IN THE PAST. DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO HARRASSMENT(S), CONSPIRACY(S), U.S. CONSTITION VIOLATIONS.

PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. SIGNED THIS 04 day of 08 20 08

COMPLAINT

- 3 -

WILLIE WEAVER
J. 91389   B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531

CONFIDENTIAL
LEGAL MAIL

94102X9993

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



P.S.U. UNIT B-2

OFFICE OF THE
IN THE UNITED STA
DISTRICT COURT FO
NORTHERN DISTRICT
CALIFORNIA 450 G
GATE AVENUE
SAN FRANCISCO C